NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONA S. MURILLO,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1492

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-02127-EGB, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Mona S. Murillo moves to withdraw her appeal "due to [the] IRS Blue Bag Program."  ECF No. 8 at 1.

Upon consideration thereof,

2                                                    MURILLO v. US

IT IS ORDERED THAT:

The motion is granted to the extent the appeal is dismissed with each side to bear its own costs.

FOR THE COURT



July 16, 2026
      Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: July 16, 2026